# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jennifer Tiffany Kush, | |
| Plaintiff, | Civil Action No.18-cv-01162 |
| v. | (Chief Judge Conner) |
| Nancy A. Berryhill<br>Acting Social Security<br>Commissioner, | |
| Defendant. | |

# ORDER

AND NOW, this 1st day of February, 2019, for the reasons stated in the accompanying memorandum, it is hereby ordered as follows:

1. Plaintiff's appeal in the above-captioned matter is hereby dismissed for failure to comply with this Court's Standing Practice Order; and

2. The Clerk of Court is directed to close this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania